# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2011

Robert P. Young, Jr.,
Chief Justice

141968 & (21)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 141968
                                    COA: 299667
                                    Tuscola CC: 09-011204-FH

SHAWN PATRICK JEFFERSON,
      Defendant-Appellant.

_____/

      By order of March 8, 2011, the prosecuting attorney was directed to answer the application for leave to appeal the September 28, 2010 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2011

Clerk

h0608